UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ERIC L. CARTER and<br>RACHEL A. CARTER<br>Debtors | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Objectant | : | |
| vs. | : | |
| DEIRDRE SULLIVAN, ESQUIRE<br>ATTORNEY FOR DEBTORS<br>Applicant | : | CASE NO. 1-12-bk-02912-RNO |

## TRUSTEE'S OBJECTION TO FIRST AND FINAL APPLICATION FOR PAYMENT OF ATTORNEY'S FEES INCURRED DURING CHAPTER 13 BANKRUPTCY CASE

AND NOW, this 14th day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by his Attorney, James K. Jones, and objects to the Application for Payment of Attorney's Fees incurred During Chapter 13 Bankruptcy Case for the following reasons:

1. Objectant Charles J. DeHart, III is the duly appointed Chapter 13 Trustee appointed to this case.

2. Applicant Deirdre Sullivan, Esquire is the attorney for debtors in this case.

3. On June 27, 2016, Applicant filed a Fee Application requesting approval of $10,802.05 in fees and expenses. (Docket #74)

4. Objectant objects to the Fee Application for the following reasons:

   a. The Amended Disclosure of Compensation of Attorney for Debtors discloses that Debtors' attorney agreed to accept $3,938.05 for legal services rendered (Docket #73) which is consistent with the parties' agreement that the "no-look" fee of $3,500.00 would be paid.

b. The application does not designate which services are included in the $10,802.05 when the Exhibit of Services and Costs (Docket #74-2) indicates $19,975.35 in total services billed.

c. Applicant billed $10,760.00 for file review and preparation of the time exhibit record which is excessive and indicates the time records were not generated contemporaneously. (6/8/16 – 6/22/16 Exhibit of Services and Costs)

d. The services rendered during the course of the case do not include significant services outside the normal and customary services rendered in a Chapter 13 case thus failing to justify compensation in excess of the standard "no look" fee recognized at the time the case was filed.

WHEREFORE, Trustee respectfully requests Your Honorable Court to deny this Fee Application.

Respectfully Submitted,

Charles J. DeHart, III
Standing Chapter 13 Trustee
P.O. Box 410
Hummelstown, PA   17036
(717) 566-6097

BY: /s/James K. Jones
Attorney for Trustee

## CERTIFICATE OF SERVICE

    AND NOW, this  14th  day July, 2016, I hereby certify that I have served the within Objection by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Deirdre Sullivan, Esquire
601 Butterfly Circle
Dallastown, PA   17313

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee