UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ERIC L. CARTER and | : | CHAPTER 13 |
| RACHEL A. CARTER | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | CASE NO. 1-12-bk-02912-RNO |
| | : | |
| DEIRDRE SULLIVAN, ESQUIRE | : | OBJECTION TO FIRST AND FINAL |
| ATTORNEY FOR DEBTORS | : | APPLICATION FOR PAYMENT OF |
| Applicant | : | ATTORNEY FEES |

## ORDER

AND NOW, upon consideration of debtor's counsel's First and Final Application for Payment of Attorney's Fees Incurred During Chapter 13 Bankruptcy Case and the Trustee's Objection to Application,

IT IS HEREBY ORDERED the Fee Application is denied.