United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 12-02912-RNO
Eric L Carter                                                   Chapter 13
Rachel A Carter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Jul 19, 2016
                             Form ID: nthrgreq         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb          +Eric L Carter,   Rachel A Carter,   4 Deep Pond Court,   New Freedom, PA 17349-9301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Deirdre Sullivan   on behalf of Joint Debtor Rachel A Carter Dsullivera@gmail.com,
          DeirdreSullivanEsquire@gmail.com
          Deirdre Sullivan   on behalf of Debtor Eric L Carter Dsullivera@gmail.com,
          DeirdreSullivanEsquire@gmail.com
          Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
          in interest to Bank of America, National Association as Trustee as successor by merger to
          LaSalle Bank National Association, as Trustee for Certif bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Matthew Christian Waldt   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of
          America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
          Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Milsteand and Associates, LLC   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank
          of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
          Bear Stearns Asset Backed Securities I LLC, Asset-Backed dlipow@milsteadlaw.com,
          bkecf@milsteadlaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric L Carter
Rachel A Carter
**Debtor(s)**

Chapter: 13

Case number: 1:12−bk−02912−RNO

Document Number: 74

Matter: Application for allowance of compensation & expenses .

Eric L Carter
Rachel A Carter
**Movant(s)**

vs.

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 11, 2012.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: August 18, 2016** <br><br> **Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: REshelman |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2016 |