UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Eric L. & Rachel A. Carter : Case No.: 1:12-bk-02912

:

: Chapter 13

## DEBTORS' APPROVAL OF FEE APPLICATION

We, the Debtors, Eric L. Carter, and Rachel A. Carter, hereby certify that we have reviewed the Motion for Fee Application and the attached Exhibits filed in this matter, and we approve of the Motion for Fee Application filed by our Counsel.

Date: 7/10/16    By: _____

Eric L. Carter

Date: 7/10/16    By: _____

Rachel A. Carter