```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                           Case No. 12-02912-RNO
Eric L Carter                                                    Chapter 13
Rachel A Carter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1            Date Rcvd: Sep 08, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
db/jdb         +Eric L Carter,   Rachel A Carter,   4 Deep Pond Court,   New Freedom, PA 17349-9301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Deirdre  Sullivan    on behalf of Joint Debtor Rachel A Carter Dsullivera@gmail.com,
               DeirdreSullivanEsquire@gmail.com
              Deirdre  Sullivan    on behalf of Debtor Eric L Carter Dsullivera@gmail.com,
               DeirdreSullivanEsquire@gmail.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee as successor by merger to
               LaSalle Bank National Association, as Trustee for Certif bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank
               of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I LLC, Asset-Backed dlipow@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

ERIC L. CARTER
RACHEL A. CARTER

* Debtors

Chapter: 13

Case Number: 1-12-bk-02912 RNO

Document No.: 74

Nature of Proceeding: Application for Payment of Attorney's Fees

**ORDER**

After due consideration of the First and Final Application for Payment of Attorneys Fees Incurred During Chapter 13 Bankruptcy Case ("Application") filed to Docket No. 74, and after due consideration of the Chapter 13 Trustee's Objection to the Application filed to Docket No. 75, and the Debtor's counsel's Response thereto filed to Docket No. 82, after hearing held on September 8, 2016, it is

ORDERED that the Application is approved in part and denied in part; and,

FURTHER ORDERED that the Trustee's Objections are sustained in part and denied in part; and,

FURTHER ORDERED that the Applicant, Attorney Deirdre Sullivan, is allowed attorney's fees as a Chapter 13 administrative expense in the amount of $1,000.00, plus costs advanced in the amount of $678.05; and,

FURTHER ORDERED that the total sum of $1,678.05, shall be paid to the Applicant, Deirdre Sullivan, through disbursements from the modified plan which was approved on September 9, 2014, at Docket No. 67.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: September 8, 2016

Case 1:12-bk-02912-RNO   Doc 87   Filed 09/10/16   Entered 09/11/16 00:45:43   Desc
Imaged Certificate of Notice   Page 2 of 2