# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric L Carter and Rachel A Carter <br> <u>Debtor(s)</u> | BKY. NO. 12-02912 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association,, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3589

                                         Respectfully submitted,

                                         <u>**/s/ Thomas Puleo**</u>
                                         Thomas Puleo, Esquire
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406
                                         Attorney for Movant/Applicant