```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 12-02912-RNO
Eric L Carter                                             Chapter 13
Rachel A Carter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1           Date Rcvd: Jan 18, 2017
                         Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db/jdb         +Eric L Carter,   Rachel A Carter,   4 Deep Pond Court,   New Freedom, PA 17349-9301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Deirdre Sullivan   on behalf of Joint Debtor Rachel A Carter Dsullivera@gmail.com,
               DeirdreSullivanEsquire@gmail.com
              Deirdre Sullivan   on behalf of Debtor Eric L Carter Dsullivera@gmail.com,
               DeirdreSullivanEsquire@gmail.com
              Joshua I Goldman   on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee as successor by merger to
               LaSalle Bank National Association, as Trustee for Certif bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt   on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milsteand and Associates, LLC   on behalf of Creditor    U.S. Bank NA, successor trustee to Bank
               of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I LLC, Asset-Backed dlipow@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo   on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association as Trustee as successor by merger to LaSalle
               Bank National Association, as Trustee for Certif tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric L Carter  
4 Deep Pond Court  
New Freedom, PA 17469

Chapter 13  
Case No. 1:12−bk−02912−RNO

Rachel A Carter  
4 Deep Pond Court  
New Freedom, PA 17469

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1079  
xxx−xx−2051

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 18, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk